# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: **JEFFRY K. CADE**

Debtor(s)

CASE NO. **2:09-24814-phx-gbn**

**INDIVIDUAL DEBTOR ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF: August, 2010

DATE PETITION FILED: 8/3/09

TAX PAYER ID NO.: xxx-xx-9690

Nature of Debtor's Business: Landscape maintenance, residenital rentals
Nature of Co-Debtor's Business:

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF DEBTOR | ORIGINAL SIGNATURE OF CO-DEBTOR

Jeffry K. Cade
PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR

DATE 9-15-10 | DATE

**PREPARER: Jeffry K. Cade**

ORIGINAL SIGNATURE OF PREPARER | TITLE

PRINTED NAME OF PREPARER | DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Jeffry K. Cade
PHONE NUMBER: 602-799-9689
ADDRESS: 4401 e. turquoise ave. phoenix az 85028

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
# INDIVIDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
| --- | --- | --- | --- | --- | --- |
| | Cash | Checking | Savings | | |
| | | 1946 # | | # | |
| Balance at Beginning of Period | | 1452.12 | | | 1452.12 |
| **RECEIPTS** | | | | | |
| Wages - Debtor | | 8171.85 | | | 8171.85 |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | 1600 | | | 1600 |
| Other (attach list) | | | | | |
| **TOTAL RECEIPTS** | 0 | 9771.85 | 0 | 0 | 9771.85 |
| **TOTAL DISBURSEMENTS** | | 7516.87 | | | 7516.87 * |
| **Balance at End of Month** | | 2107.1 | | | 2107.1 |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
| --- | --- |
| Total Disbursements - Individual DIP Accounts (from above) | 7,516.87 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | 7,376.66 |
| Less: Transfers between debtor-in-possession bank accounts | 1,600.00 |
| **Total Disbursements for Calculating Quarterly Fees** | 16,493.53 |

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

PLEASE ATTACH COPIES OF BANK STATEMENTS

**Month:** August
**Account #** xxx-1946
**Bank Name** johnson

## Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| Aug 2, 2010 | APS | power bill | 137.52 |
| Aug 2, 2010 | APS | power bill | 75.83 |
| Aug 6, 2010 | City of Phoenix | water bill | 76.5 |
| ########## | ADT | security bill | 44.73 |
| ########## | SW Gas | bill | 33.89 |
| ########## | SW Gas | bill | 24.35 |
| ########## | SW Gas | bill | 17.48 |
| ########## | self | vacation allowance | 600 |
| ########## | Golden rule | health ins. premium | 251.18 |
| ########## | Johnson bank | bounced check fee | 8 |
| ########## | APS | power bill | 331.17 |
| ########## | APS | power bill | 314.53 |
| ########## | APS | power bill | 20.52 |
| ########## | City of Phoenix | water bill | 136.92 |
| | | Total Cash/Electronic Disbursements | 2504.77 |

## CHECKS ISSUED

| Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 246 | ########## | German Alcaraz | work on apartments | 500 |
| 171 | ########## | Aurora loan | Aug. payment | 800 |
| 173 | ########## | Aurora loan | Aug. payment | 650 |
| 170 | ########## | Aurora loan | Aug. payment | 555 |
| 174 | ########## | M. Baumayr | housing expenses | 1000 |
| 172 | ########## | Aurora loan | Aug. payment | 606 |
| 158 | ########## | Aurora loan | Aug. payment | 696 |
| 257 | ########## | Allstate | insurance payment | 205.1 |
| **Total checks listed on this page** | | | | 5012.1 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 7516.87 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| Co-Debtor | | | | | | |
| | | | | Total Payroll Deductions - report on page 2 | | |

PLEASE ATTACH COPIES OF BANK STATEMENTS

# CONTINUATION SHEET
(INDIVIDUAL ACCOUNTS)

**Month:** august

**Account #** xxxx-1946

**Bank Name** johnson

| | Electronic disbursements continued | | | |
|---|---|---|---|---|
| | Date | Payee | Purpose | Amount |
| | Aug 19, 2010 | Allstate | insurance payment | 205.1 |
| | Aug 20, 2010 | City of Phoenix | water bill | 94.01 |
| | Aug 23, 2010 | SW Gas | bill | 31.14 |
| | Aug 26, 2010 | City of Phoenix | water bill | 253.13 |
| | Aug 30, 2010 | SRP | power bill | 327.14 |
| | Aug 31, 2010 | APS | power bill | 137.52 |
| | Aug 31, 2010 | APS | power bill | 90.16 |

**TOTAL DISBURSEMENTS - THIS PAGE**

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

|  | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
|  | Operating | Payroll | Tax |  |
|  | 1001557581 | # | # |  |
| Balance at Beginning of Period | 3436.31 |  |  | 3436.31 |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Cash Sales | 8447 |  |  | 8447 |
| Accounts Rceivable - Prepetition |  |  |  | 0 |
| Accounts Rceivable - Postpetition |  |  |  | 0 |
| Loans and Advances |  |  |  | 0 |
| Sale of Assets |  |  |  | 0 |
| Transfers from Other DIP Accounts |  |  |  | 0 |
| Other (attach list) |  |  |  | 0 |
|  |  |  |  | 0 |
| TOTAL RECEIPTS  0 | 8447 | 0 | 0 | 8447 |

| DISBURSEMENTS | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | 5776.66 |  |  | 5776.66 |
| Capitol Improvements |  |  |  |  |
| Pre-Petition Debt |  |  |  |  |
| Transfers to Other DIP Accounts | 1600 |  |  | 1600 |
| Other (attach list) |  |  |  |  |
|  |  |  |  |  |
| **Reorganization Expenses:** |  |  |  |  |
| Attorney Fees |  |  |  |  |
| Accountant Fees |  |  |  |  |
| Other Professional Fees |  |  |  |  |
| U. S. Trustee Quarterly Fee |  |  |  |  |
| Court Costs |  |  |  |  |
|  |  |  |  |  |
| TOTAL DISBURSEMENTS  0 | 7376.66 | 0 | 0 | 7376.66 * |

| Balance at End of Month  0 | 4506.65 | 0 | 0 | 4506.65 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 7376.66 |
| Less: Transfers to Other DIP Accounts |  |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) |  |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | 7376.66 |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 16618.65 | 94929.96 | 109352.65 |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | 13293.53 | 94706.68 | 108402.53 |
| Income Before Non-operating Income and Expense | 3325.12 | 223.28 | 950.12 |

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| Income Tax | | | |
| NET PROFIT OR (LOSS) | 3325.12 | 223.28 | 950.12 |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 75 | 75 | 75 |
| Restricted Cash | | | |
| Total Cash | 75 | 75 | 75 |
| Accounts Receivable (net) | | | |
| Inventory | 2300 | 2300 | 2300 |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | 880084 | 880084 | 880084 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | 882459 | 882459 | 882459 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | 1480108 | 1480108 | 1480108 |
| Priority Debt | 1440 | 1440 | 1440 |
| Unsecured Debt | 114107 | 114107 | 114107 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | 1595655 | 1595655 | 1595655 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 6

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | 867084 |
| Buildings | | | | |
|   Accumulated Depreciation | | | | |
|   Net Buildings | | | | |
| Equipment | | | | 2800 |
|   Accumulated Depreciation | | | | |
|   Net Equipment | | | | |
| Autos/Vehicles | 2 | | | 5400 |
|   Accumulated Depreciation | | | | |
|   Net Autos/Vehicles | | | | 5400 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

|  |  |
|---|---|
|  |  |

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |
| Notes Payable |  |  |  |  |  |
| Professional Fees Payable |  |  |  |  |  |
| Secured Debt |  |  |  |  |  |
| Other (attach list) |  |  |  |  |  |
|  |  |  |  |  |  |
| Total Post-Petition Liabilities |  |  |  |  |  |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Payments to Insiders |  |  |  |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total Payments to Proffessionals |  |  |  |  |

# CASE STATUS QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | x |
| Are any wages past due? | | x |
| Are any U. S. Trustee quarterly fees delinquent? | | x |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Current number of employees: _____

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Frequency |
|---|---|---|---|
| ALLSTATE | car | 7/10-1/11 | 70/mo |
| ALLSTATE 916622607 | home | 2010 | 43/mo |
| ALLSTATE 916621469 | home | 2010 | 34/mo |
| AILSTATE 916642293 | home | 2010 | 44/mo |
| ALLSTATE 916644113 | home | 2010 | 44.52/mo |
| AILSTATE 916621470 | home | 2010 | 42.93/mo |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**
Expanding business, increased marketing and advertising; attended social media netwworking seminar sponsored by SBA; was featured in section cover article in Arizona Republic that is netting new clients.

**Identify any matters that are delaying the filing of a plan of reorganization:**
none

# DISBURSEMENT DETAIL
(Business Entity)

PLEASE ATTACH COPIES OF BANK STATEMENTS

Month: august
Account # xxx-7581

Bank Name johnson

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| Aug 2, 2010 | AZ quick title | autos registration | 243.33 |
| Aug 2, 2010 | Discount brake | truck repair | 116.46 |
| Aug 2, 2010 | Home Depot | supplies | 275.07 |
| Aug 2, 2010 | Auto zone | truc repair parts | 244 |
| Aug 2, 2010 | Auto zone | truc repair parts | 58.79 |
| Aug 2, 2010 | Big Lots | supplies | 52.42 |
| Aug 2, 2010 | Circle K | fuel | 24.68 |
| Aug 3, 2010 | Ace | supplies | 36.65 |
| Aug 3, 2010 | Home Depot | supplies | 33.34 |
| Aug 3, 2010 | trader joes | food | 18.8 |
| Aug 4, 2010 | self | cash | 80 |
| Aug 5, 2010 | walgreen's | supplies | 105 |
| Aug 5, 2010 | Blue Martinia | business meeting | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Number | Date | Payee | Purpose | Amount |
| 1101 | Aug 4, 2010 | German Alcaraz | work | 400 |
| 1102 | Aug 4, 2010 | Alejandro Carrera | work | 400 |
| 1103 | ########## | Suzana Esparanza | work | 160 |
| 1104 | ########## | German Alcaraz | work | 400 |
| 1107 | ########## | German Alcaraz | work | 490 |
| 1106 | ########## | Alejandro Carrera | work | 400 |
| 1105 | ########## | Alejandro Carrera | work | 240 |
| 1110 | ########## | German Alcaraz | reimburse for supply purchase | 288 |
| 1111 | ########## | Assoc. Supply | supplies | 116.93 |
| Total checks listed on this page | | | | 2894.93 |

TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements)

Page 10

# DISBURSEMENT DETAIL
## CONTINUATION SHEET

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

**Month:** Aug
**Account #** xxx-7581

**Bank Name** johnson

| | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | Electronic/cash disbursements continued | | | |
| | Aug 5, 2010 | Armando's | lunch | 22.8 |
| | Aug 5, 2010 | Staples | supplies | 29.55 |
| | Aug 6, 2010 | Sprinkler world | supplies | 17.7 |
| | Aug 6, 2010 | Home depot | supplies | 134.05 |
| | Aug 9, 2010 | Meineke | oil change | 33.99 |
| | Aug 9, 2010 | Golden Wok | meal | 31.1 |
| | Aug 9, 2010 | Seven-11 | fuel | 6.08 |
| | Aug 10, 2010 | Home depot | supplies | 121.54 |
| | Aug 12, 2010 | Goodwill | work clothes | 22.45 |
| | Aug 12, 2010 | Seven-11 | fuel | 50 |
| | Aug 12, 2010 | U-Haul | propane | 28.69 |
| | Aug 13, 2010 | Seven-11 | fuel | 21.05 |
| | Aug 16, 2010 | AZ exterminating | pesticide service | 75 |
| | Aug 16, 2010 | Summerwinds | supplies | 13.98 |
| | Aug 16, 2010 | Big Lots | supplies | 93.03 |
| | Aug 16, 2010 | Big Lots | supplies | 45.79 |
| | Aug 16, 2010 | Stardust | supplies | 40.45 |
| | Aug 16, 2010 | Seven-11 | fuel | 23.91 |
| | Aug 23, 2010 | self | transfer to account | 1600 |
| | Aug 24, 2010 | Home depot | supplies | 88.37 |
| | Aug 24, 2010 | QT | fuel | 43.55 |
| | Aug 26, 2010 | Penny Pincher | truck carburetor | 156.3 |
| | Aug 27, 2010 | Home depot | supplies | 50.92 |
| | Aug 27, 2010 | PHOENIX 177 | fuel | 2.72 |
| | Aug 30, 2010 | Enchanted Garden | flowers for client | 71.96 |
| | Aug 30, 2010 | Fixya | advice for work | 6 |
| | Aug 30, 2010 | Home depot | supplies | 67.36 |
| | Aug 30, 2010 | Circle k | fuel | 20.55 |
| | Aug 30, 2010 | Auto zone | supplies | 10.92 |
| | Aug 30, 2010 | Allstate | truc insurance | 147.51 |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | |