**From:** marsha baumayr (marbaumayr@gmail.com)
**To:** reports_nualegal@yahoo.com;
**Date:** Wed, October 13, 2010 8:45:17 PM
**Cc:**
**Subject:** cade sept. statement

## Johnson Bank

**Print Date :** October 13, 2010

| | | | |
|---|---|---|---|
| **Account Title** | CLASSIC CHECKING | **Account Balance** | $3,744.41 |
| **Account Number** | 1001471946 | **\*\*Available Balance** | $3,744.41 |
| **Account Type** | Checking | **2010 Interest** | $0.00 |
| | | **2009 Interest** | $0.00 |

\*\* This balance may include overdraft or line of credit funds.

### Account #1001471946 History
09-01-2010 to 10-01-2010

| Date | Check # | Transaction Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 09-07-2010 | | DEPOSIT | 2,800.00 | | 4,907.10 |
| 09-07-2010 | | PREAUTHORIZED DEBIT CITY PHX WATER PAYMENT 100907 | | 76.07 | 4,831.03 |
| 09-07-2010 | 175 | CHECK | | 1,000.00 | 3,831.03 |
| 09-08-2010 | 243 | CHECK | | 100.00 | 3,731.03 |
| 09-10-2010 | | DEPOSIT | 2,058.00 | | 5,789.03 |
| 09-10-2010 | | PREAUTHORIZED DEBIT Eff Dte: 2010-09-09 100907 | | 48.04 | 5,740.99 |
| 09-13-2010 | | PREAUTHORIZED DEBIT ADT Security PAYMENT 100911 | | 44.73 | 5,696.26 |
| 09-13-2010 | | PREAUTHORIZED DEBIT SOUTHWEST GAS APP 100913 | | 29.79 | 5,666.47 |
| 09-13-2010 | | PREAUTHORIZED DEBIT SOUTHWEST GAS APP 100913 | | 24.33 | 5,642.14 |
| 09-13-2010 | | PREAUTHORIZED DEBIT SOUTHWEST GAS APP 100913 | | 17.48 | 5,624.66 |
| 09-14-2010 | | DEPOSIT | 385.00 | | 6,009.66 |
| 09-15-2010 | | PREAUTHORIZED DEBIT VZ WIRELESS VW E CHECK 100915 | | 335.35 | 5,674.31 |
| 09-16- | | PREAUTHORIZED DEBIT | | 295.64 | 5,378.67 |

| Date | Check # | Description | Deposit | Amount | Balance |
|---|---|---|---|---|---|
| 2010 | | APS BILLING 100916 | | … | …,…  |
| 09-16-2010 | | PREAUTHORIZED DEBIT APS BILLING 100916 | | 295.08 | 5,083.59 |
| 09-16-2010 | | PREAUTHORIZED DEBIT GOLDEN RULE INS INS. PREM. 100916 | | 251.18 | 4,832.41 |
| 09-16-2010 | | PREAUTHORIZED DEBIT CITY PHX WATER PAYMENT 100916 | | 222.99 | 4,609.42 |
| 09-16-2010 | | PREAUTHORIZED DEBIT APS BILLING 100916 | | 20.52 | 4,588.90 |
| 09-17-2010 | | DEPOSIT | 200.00 | | 4,788.90 |
| 09-17-2010 | | PREAUTHORIZED DEBIT CITY PHX WATER PAYMENT 100917 | | 141.23 | 4,647.67 |
| 09-20-2010 | 278 | CHECK | | 100.00 | 4,547.67 |
| 09-21-2010 | | PREAUTHORIZED DEBIT CITY PHX WATER PAYMENT 100921 | | 98.32 | 4,449.35 |
| 09-21-2010 | | PREAUTHORIZED DEBIT SOUTHWEST GAS APP 100921 | | 26.99 | 4,422.36 |
| 09-21-2010 | 279 | CHECK | | 500.00 | 3,922.36 |
| 09-21-2010 | 281 | CHECK | | 450.00 | 3,472.36 |
| 09-21-2010 | 284 | CHECK | | 250.00 | 3,222.36 |
| 09-21-2010 | 283 | CHECK | | 60.00 | 3,162.36 |
| 09-21-2010 | 282 | CHECK | | 60.00 | 3,102.36 |
| 09-24-2010 | | DEPOSIT | 945.00 | | 4,047.36 |
| 09-28-2010 | | PREAUTHORIZED DEBIT SRP SUREPAY 100928 | | 281.36 | 3,766.00 |
| 09-28-2010 | 285 | CHECK | | 555.00 | 3,211.00 |
| 09-29-2010 | 287 | CHECK | | 800.00 | 2,411.00 |
| 09-29-2010 | 286 | CHECK | | 696.00 | 1,715.00 |
| 09-29-2010 | 288 | CHECK | | 606.00 | 1,109.00 |
| 09-30-2010 | | PREAUTHORIZED DEBIT APS BILLING 100930 | | 137.52 | 971.48 |
| 09-30-2010 | | PREAUTHORIZED DEBIT APS BILLING 100930 | | 109.70 | 861.78 |

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 09-30-2010 | 289 | CHECK | 140.00 | 721.78 |
| 10-01-2010 | | TRANSFER CREDIT<br>TRANSFER FROM DEPOSIT ACCOUNT 1001557581 | 1,600.00 | 2,321.78 |